**AEON GROUP, LLC, Appellant,**

v.

**DEFENSE FINANCE AND ACCOUNTING SERVICE, Appellee.**

**No. 2015–1185.**

United States Court of Appeals, Federal Circuit.

Dec. 14, 2015.

Michael Robert Rizzo, Pillsbury Winthrop Shaw Pittman LLP, Los Angeles, CA, argued for appellant. Also represented by Mary Elizabeth Buxton.

Domenique Grace Kirchner, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by Bryant G. Snee, Robert E. Kirschman, Jr., Benjamin C. Mizer.

PROST, Chief Judge, LOURIE and WALLACH, Circuit Judges.

**JUDGEMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See Fed. Cir. R. 36.*